**Order filed December 17, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00457-CV
_____

## HARRIS COUNTY FLOOD CONTROL DISTRICT, Appellant

## V.

## LANCE HALSTEAD, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2018-33563**

# O R D E R

The clerk's record was filed June 26, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain order signed on or about June 19, 2020 denying the Plea to the Jurisdiction of Harris County Flood Control District.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 30, 2021, containing order signed on or about June

19, 2020 denying the Plea to the Jurisdiction of Harris County Flood Control District.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, Poissant.